MILLER BROS. CONSTRUCTION CO., INC., v. THE THEW SHOVEL COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs and stay vacated.   Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of RALPH C. TOBIN and Others v. FIORELLO H. LAGUARDIA, as Mayor, and Others.— Motion for leave to reargue motion for leave to appeal to the Court of Appeals, or for a reargument of the appeal denied, with ten dollars costs.   Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

### (July 6, 1936.)

In the Matter of MAURICE SHAPIRO, an Attorney.— Reference ordered.   Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

### (July 16, 1936.)

In the Matter of J. RICHARD DAVIS, an Attorney.   Reference ordered.   Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

In the Matter of PAUL E. TUTHILL, an Attorney.   Reference ordered.   Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

## SECOND DEPARTMENT, JULY, 1936.

### (July 2, 1936.)

FRANK E. MELTON, Respondent, v. GEORGE SCHOR, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs.   Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

GEORGE E. J. BANKS, Appellant, v. COUNTY OF WESTCHESTER, Respondent.— Order of the County Court of Westchester county denying plaintiff's motion to strike out a defense contained in the defendant's answer and granting defendant's motion to dismiss the complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to plaintiff to plead over within ten days from the entry of the order hereon.   No opinion.   Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Carswell, J., not voting.

CATHERINE C. BEDELL, Respondent, v. JESSE M. BEDELL, Appellant.— The decision of this court handed down on June 29, 1936 [ante, p. 769], is hereby amended to read as follows: Order appointing plaintiff receiver in sequestration in a separation action affirmed, without costs.   Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.